# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Hatboro Borough,                         :
                    Appellant            :
                                         :
                                         :
            v.                           :   No. 703 C.D. 2019
                                         :
Buckingham Retail Properties, LLC        :

**PER CURIAM**                    **O R D E R**


**NOW**, January 25, 2021, the "Application Pursuant to Pa.R.A.P. 3740 to Report Opinion," Buckingham Retail Properties, LLC, to which no response was filed, is **GRANTED**.  The above-captioned Memorandum Opinion, filed November 9, 2020, shall be designated OPINION and shall be REPORTED.